UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Darla Garvey,

    Plaintiff,

vs.             ORDER ADOPTING
               REPORT AND RECOMMENDATION

United States Postal Service,
    Defendant.      Civ. No. 10-3602 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

  1.  Defendant's motion to dismiss [Docket No. 11] be GRANTED;

  2.  That this action be **DISMISSED** without prejudice, for lack of subject matter jurisdiction.

  LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 12/30/10          s/Patrick J. Schiltz
                  Patrick J. Schiltz
                  United States District Judge